IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAVIER AVILA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-10-CV-481-PRM |
| | § | |
| CITY OF EL PASO, TEXAS,<br>    Defendant. | §<br>§<br>§ | |

### DIRECTIVE TO THE PARTIES

Before the Court is the above-styled and numbered cause. The Court has received Defendant City of El Paso's (Defendant) "Notice of Removal" (Docket No. 1), filed on December 29, 2010, but Defendant has not attached a Civil Cover Sheet or Supplemental Civil Cover Sheet. The Court requires the parties to comply with local and federal rules. Accordingly, Defendant must supply the required paperwork or offer the Court sufficient explanation as to why it should not be required to comply with the Court's procedures.

**IT IS ORDERED** that Defendant City of El Paso supply the Clerk's office with all required paperwork or offer the Court sufficient explanation as to why it should not be required to comply with the Court's procedures by **January 12, 2011**.

SIGNED this _7_ day of January, 2011.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE